ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Chugach Federal Solutions, Inc. | ) | ASBCA Nos. 62712, 62713, 62877 |
| | ) | |
| Under Contract No. FA5000-13-C-0005 | ) | |

APPEARANCES FOR THE APPELLANT:      Douglas L. Patin, Esq.
                   Lee-Ann C. Brown, Esq.
                   Lisa A. Markman, Esq.
                    Bradley Arant Boult Cummings LLP
                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Caryl A. Potter, III, Esq.
                      Air Force Deputy Chief Trial Attorney
                      Maj Oladipo O. Odejide, USAF
                      Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE MELNICK

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,590,816.96. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: February 19, 2025

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                    _____
OWEN C. WILSON                             J. REID PROUTY
Administrative Judge                       Administrative Judge
Acting Chairman                            Vice Chairman
Armed Services Board                       Armed Services Board
of Contract Appeals                        of Contract Appeals



       I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 62712, 62713, 62877,
Appeals of Chugach Federal Solutions, Inc., rendered in conformance with the Board's
Charter.

       Dated:  February 20, 2025


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals